# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. ACTION FILE NO: |
| v. | 4:22-cr-00016-WMR |
| BRITNEY MOON-COOK, | CIVIL ACTION FILE NO: |
| Defendant. | 4:24-cv-00036-WMR |

## ORDER

This matter comes before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") [Doc. 36], which recommends Defendant Britney Moon-Cook's Motion to Vacate [Doc. 27], filed under 28 U.S.C. § 2255, be denied. The Clerk of Court opened a corresponding civil case (4:24-cv-00036) when the Motion was filed. Defendant did not file objections to the R&R.

### I.  LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R&R for clear error if no objections are filed by a party within fourteen days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of

1

the R&R that is the subject of a proper objection. *Id*. Because no objection to the R&R has been filed in this case, the clear error standard applies.

## II.   CONCLUSION

After considering the Final Report and Recommendation [Doc. 36], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, the Motion [Doc. 27] is **DENIED**. The corresponding civil case (4:24-cv-00036) is **DISMISSED**. No certificate of appealability shall issue.

**IT IS SO ORDERED**, this 31st day of December, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE